UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CORNELIUS BROWN,
    Petitioner,

                                                 No. 1:08-cv-151

-v-

                                                 HONORABLE PAUL L. MALONEY

LLOYD RAPELJE,
    Respondent.


## JUDGMENT

Having denied the petition for writ of habeas corpus filed under 28 U.S.C. § 2254, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  June 16, 2010                                                  /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         Chief United States District Judge